# Court of Appeals
# of the State of Georgia

ATLANTA,  December 06, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0569. CERIUM URGENT CARE, LLC v. HUSSAIN.

The appellant in this case has failed to comply with this Court's notice of docketing by filing a brief containing an enumeration of errors within 20 days after the appeal was docketed. See Court of Appeals Rules 13 and 23 (a). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/06/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*